UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Jane Doe,

        *Plaintiff*,

        v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, and INDIVIDUAL DOES 1-10,

        *Defendants*.

---------------------------------------------------------X

**ORDER**

24-cv-08808

    Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe" is GRANTED, without prejudice to defendants to object after they have been served.

Date: November 21, 2024
      New York, New York

                                      Hon. Edgardo Ramos
                                      United States District Judge