```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JANE DOE,                                                          :
                                                                   :
                              Plaintiff,                           :    24-CV-08808 (JAV)
                                                                   :
           -v-                                                     :    ORDER
                                                                   :
SEAN COMBS, et al.,                                                :
                                                                   :
                              Defendants.                          :
-------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

      On November 20, 2024, Plaintiff filed a Motion to Proceed Anonymously. ECF No. 6. The only supporting documentation was a Declaration from Plaintiff's counsel, Anthony Buzbee. ECF No. 7. On November 21, 2024, the Court granted Plaintiff's motion provisionally, without prejudice to Defendants opposing the motion after they have been served. ECF No. 10. On December 19, 2024, this case was reassigned from the Honorable Edgardo Ramos to the undersigned.

      On February 25, 2025, Defendants filed a Memorandum of Law in Opposition to Plaintiff's Motion to Proceed Anonymously. ECF No. 30. On March 31, 2025, the Court granted Mr. Buzbee's motion to withdraw as counsel, as Mr. Buzbee was not authorized to practice in the Southern District of New York. ECF No. 38.

      In light of Mr. Buzbee's withdrawal, the Court shall provide an opportunity for Plaintiff to submit a new motion to proceed anonymously, with appropriate supporting documentation. Accordingly, it is HEREBY ORDERED that Plaintiff shall submit a letter by Friday, April 11, 2025, informing the Court whether she intends on filing a renewed Motion to Proceed

Anonymously, or to rely on the prior motion papers.

SO ORDERED.

Dated: April 4, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge