April 9, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

            Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-08808 (JAV)

Dear Judge Vargas:

      We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC, in accordance with the Court's instructions at the April 8, 2025 conference that the parties submit a revised Civil Case Management Plan. *See* ECF Apr. 8, 2025 Min. Entry.

      A proposed revised Civil Case Management Plan and Scheduling Order is attached hereto as <u>Exhibit 1</u>. The new dates set forth therein include November 21, 2025 for the close of fact discovery and February 4, 2026 for the close of expert discovery, as instructed by Your Honor during the conference.

                                                         Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Mark Cuccaro*</u> | <u>*/s/ Antigone Curis*</u> |
| Mark Cuccaro | Antigone Curis |
| SHER TREMONTE LLP | CURIS LAW, PLLC |
| 90 Broad Street, 23rd Fl. | 52 Duane Street, 7th Fl. |
| New York, New York 10004 | New York, NY 10007 |
| T: 212.202.2600 | (646) 335-7220 |
| mcuccaro@shertremonte.com | antigone@curislaw.com |
| *Counsel for the Combs Defendants* | *Counsel for Plaintiff Jane Doe* |