April 21, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   ***Doe v. Combs, et. al.*, Case No. 24-cv-08808 (JAV)**

Dear Judge Vargas:

The parties in this matter write jointly to provide a status update in accordance with the Court's order (ECF #50) staying this case pending resolution of the tandem appeals in *Parker v. Tal Alexander et al.*, No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

The *Parker* and *Black* appeals remain undecided.  The *Parker* appeal was fully briefed as of June 11, 2025 and the *Black* appeal was fully briefed as of October 6, 2025. Oral argument was held on both appeals on December 17, 2025.

The *Parker* appeal was recently certified to the New York Court of Appeals through an order dated March 23, 2026 and certification was accepted by the Court of Appeals through an order dated April 16, 2026.

The parties respectfully submit that it is appropriate for the Court's stay to remain in effect until these appeals are decided.

 Respectfully submitted,

*/s/ Mark Cuccaro*                                  */s/ Antigone Curis*
Mark Cuccaro                                        Antigone Curis
SHER TREMONTE LLP                                   CURIS LAW, PLLC
90 Broad Street, 23rd Fl.                           52 Duane Street, 7th Fl.
New York, New York 10004                            New York, NY 10007
T: 212.202.2600                                     (646) 335-7220
mcuccaro@shertremonte.com                           antigone@curislaw.com
*Counsel for the Combs Defendants*                  *Counsel for Plaintiff John Doe*