July 20, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     ***Doe v. Combs, et. al.*, No. 24-cv-08808 (JAV)**

Dear Judge Vargas:

The parties in this matter write jointly to provide the Court with a status update, pursuant to the Court's Order (ECF #50).  On April 28, 2025, the Court stayed this case "until the Second Circuit resolves either *Parker* or *Doe*," namely, the tandem appeals in *Parker v. Tal Alexander et al*., No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

The *Parker* and *Black* appeals remain undecided.  The *Parker* appeal was fully briefed as of June 11, 2025 and the *Black* appeal was fully briefed as of October 6, 2025. Oral argument was held on both appeals on December 17, 2025.

The *Parker* appeal was recently certified to the New York Court of Appeals through an order dated March 23, 2026 and certification was accepted by the Court of Appeals through an order dated April 16, 2026.  Briefing before the Court of Appeals is scheduled to conclude by August 17, 2026.

The parties respectfully submit that it is appropriate for the Court's stay to remain in effect until these appeals are decided.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*