October 19, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Doe v. Combs, et. al.*, No. 24-cv-08808 (JAV)**

Dear Judge Vargas:

The parties in this matter write jointly to provide the Court with a status update, pursuant to the Court's Order. *See* ECF No. 50. On April 28, 2025, the Court stayed this case "until the Second Circuit resolves either *Parker* or *Doe*," namely, the tandem appeals in *Parker v. Tal Alexander et al*., No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

The *Parker* and *Black* appeals remain undecided. The *Parker* appeal was fully briefed as of June 11, 2025 and the *Black* appeal was fully briefed as of October 6, 2025. Oral argument was held on both appeals on December 17, 2025.

The *Parker* appeal was certified to the New York Court of Appeals through an order dated March 23, 2026 and certification was accepted by the Court of Appeals through an order dated April 16, 2026. Briefing before the Court of Appeals concluded on November 12, 2025 and oral argument is scheduled for January 6, 2027.

Additionally, on October 14, 2026, Sher Tremonte LLP filed a motion to withdraw as counsel of record for Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC (d/b/a Combs Global) (f/k/a Combs Enterprises LLC), Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC. *See* ECF Nos. 56-58. That motion is pending.

The parties respectfully submit that it is appropriate for the Court's stay to remain in effect until Sher Tremonte's motion to withdraw and the *Parker* and *Black* appeals are decided.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
Merson Law PLLC
950 Third Avenue, 18th Floor
New York, NY 10022
T: 646.335.7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*